IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

                                Criminal Action No. 06-00161-02-CR-W-DW

v.

MARCUS ROBINSON,

                Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGES**:  Count I charges that the defendant conspired to distribute 50 grams or more of cocaine base; Count II alleges that the defendant possessed with intent to distribute 5 grams or more of a mixture containing cocaine base.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
        Government:  Jane Brown
        Case Agent:  Corporal Horn of the Missouri Highway Patrol
        Defense:      Ladarron Williams

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
        Government: 2  with stipulations; 2   without stipulations
        Defendants:    2  witnesses, the defendant may testify

**TRIAL EXHIBITS**
        Government: 5-6  exhibits
        Defendant:    0   exhibits

**DEFENSES**:  General Denial

**POSSIBLE DISPOSITION**:
        (X ) Definitely for trial;     ( ) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME:   2    days**
        Government's case including jury selection: 1 ½ days
        Defense case:  ½ day or less

**STIPULATIONS**: The government will propose a stipulation as to the Chemist's report.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

   **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday October 17, 2007**
   **Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing October 22, 2007.
        **Please note:** The parties are requesting the second week of the docket.

**IT IS SO ORDERED.**


                            _____/s/_____
                                SARAH W. HAYS
                            United States Magistrate Judge

Case 4:06-cr-00161-DW   Document 95   Filed 10/10/07   Page 2 of 2